


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. ~~1:17-cr-~~ |
| | ) | 1:19-cr-194 |
| **MARY CHRISTINA PHOTHONG,** | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF FACTS**

The parties stipulate that the allegations as to the defendant in the criminal information and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

1. On or about July 14, 2014, **PHOTHONG**, ~~drove herself~~ and co-conspirators, B.K. and ~~John Doe #2~~ T.F. agreed with one another, to rob ~~the Rt.~~ Route 50 Gold and Jewelry Exchange, 6670 Arlington Blvd, Falls Church, Virginia~~,~~. ~~where the two co-conspirators~~ B.K. and T.F., masked and brandishing what appeared to be real firearms, entered the store, forced the two employees to the floor, smashed display cases and stole approximately $650,338.98 worth of jewelry and watches. After committing the robbery, B.K. and T.F. fled the premises, entered the vehicle in which they had arrived, and drove to a prearranged location where **PHOTHONG** was waiting in a different vehicle into which they deposited the items stolen from the store. **PHOTHONG**, operating her vehicle, proceeded to drive the three of them away from the scene and eventually to a DoubleTree ~~On that same date, **PHOTHONG** rented~~ ~~a~~ and co-conspirators met in hotel room in Arlington, Virginia, where ~~she and~~ her co-conspirators split up the jewelry and watches they had stolen from ~~the Rt.~~ Route 50 Gold and Jewelry Exchange. Thereafter, **PHOTHONG** sold some of what they had stolen.

[Handwritten initials in margins: AEB / MP]

2. On or about April 22, 2015, **PHOTHONG** rented a room at the Inns of Virginia hotel ~~a Red Roof Inn~~ in Arlington, Virginia, at the request of B.K. Although **PHOTHONG** did not have advanced knowledge of the robbery, she later learned that B.K. had robbed Top Pawn and she was present at the time B.K. and his co-conspirators sorted out the jewelry they had taken.

3. On one occasion in 2012, at the request of B.K., PHOTHONG traveled to New York City with a co-conspirator of B.K., and sold stolen jewelry to a jewelry dealer.

4. Route ~~Rt.~~ 50 Gold and ~~&~~ Jewelry Exchange and Top Pawn were both ~~all~~ engaged in and affected interstate commerce and **PHOTHONG** and her co-conspirators' robbery of them unlawfully obstructed, delayed and affected commerce as that term is defined in Title 18, United States Code, Section 1951.

5. The actions of **PHOTHONG** as described above and in the criminal information were done intentionally and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing Statement of Facts does not describe all of her conduct relating to the offenses charged in this case, nor does it identify all of the persons with whom the defendant may have engaged in illegal activities.

6. The Statement of Facts shall be admissible as a knowing and voluntary confession in any proceeding against the defendant regardless of whether the plea agreement is presented

to or accepted by a court. Moreover, the defendant waives any rights that the defendant may have under Fed. R. Crim. P. 11(f), Fed. R. Evid. 410, the United States Constitution, and any federal statute or rule in objecting to the admissibility of the Statement of Facts in any such proceeding.

Respectfully submitted,
G. Zachary Terwilliger
~~Dana J. Boente~~
United States Attorney

AEB for MP

By: Alex Blanchard
~~Michael E. Rich~~
~~Carina A. Cuellar~~ Alexander E. Blanchard
Assistant United States Attorneys

AEB for MP

After consulting with my attorney and pursuant to the plea agreement entered into this day between the United States and me, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

**MARY CHRISTINA PHOTHONG**

I am **MARY CHRISTINA PHOTHONG's** attorney. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

Cadence A. Mertz, Esq.
Defendant's Attorney